UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET LEWIS and STEVEN LEWIS, <br><br> Appellants, <br> v. <br><br> BP LUBRICANTS, et al., <br><br> Appellees. | Case No.: 10-CV-01831-LHK <br><br> ORDER DISMISSING BANKRUPTCY APPEAL |

Appellants filed the instant appeal from bankruptcy court on April 28, 2010. No further action has been taken since the April 28, 2010, notice of appeal. On December 6, 2010, the Court issued an order to show cause why the appeal should not be dismissed for failure to prosecute. The Court ordered Appellants to file a response to the order to show cause on or before December 30, 2010, and stated that absent a showing of good cause, the appeal would be dismissed. Appellants have not responded to the Court's order. Accordingly, the appeal is hereby dismissed for failure to prosecute. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 7, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01831-LHK
ORDER DISMISSING BANKRUPTCY APPEAL